MARTIN BROTHERS MILL & FOUNDRY SUPPLY COMPANY
*v.* FRUEHAUF CORPORATION.

SALES—IMPLIED WARRANTY—NEGLIGENCE—DESIGN OF DUMP TRAILER.
Finding by trial judge that damage to dump trailer was caused by load imbalance rather than defective design, not clearly erroneous, precludes recovery on plaintiff's counts of implied warranty and negligence in action against defendant seller of trailer.

REFERENCE FOR POINTS IN HEADNOTE
46 Am Jur, Sales § 826.

Appeal from Common Pleas Court of Detroit; O'Hair (John D.), J. Submitted Division 1 May 8, 1968, at Detroit. (Docket No. 2,867.) Decided May 31, 1968.

Declaration by Martin Brothers Mill & Foundry Supply Company, a Michigan corporation, against Fruehauf Corporation, a Michigan corporation, for damages to dump trailer suffered in tipping over. From judgment for defendant, plaintiff appeals. Affirmed.

*William A. McFawn,* for plaintiff.

*Frank S. Perkin, Jr.,* for defendant.

Per Curiam. The trial judge found that load imbalance rather than defective design caused the trailer sold by the defendant to the plaintiff Martin Brothers Mill & Foundry Supply Company to tip over.

We have examined the record and conclude that such finding was not clearly erroneous. GCR 1963, 517.1. That finding precludes recovery on plaintiffs' implied warranty as well as on their negligence counts. *Piercefield* v. *Remington Arms Company, Inc.* (1965), 375 Mich 85, 98; Prosser, Torts (3d ed), p 683, n 63.

Affirmed. Costs to appellee.

Levin, P. J., and Burns and Dalton, JJ., concurred.